# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sarah Hogan

                        Plaintiff,

v.                                                           Case No.: 1:21−cv−03628
                                                            Honorable Charles P. Kocoras

The Blackstone Group Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Notice of Voluntary Dismissal filed on 9/1/2021 [17], this case is dismissed without prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.